# Court of Appeals
# of the State of Georgia

ATLANTA,___June 11, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13D0398. ANGELO BERNARD BANKS v. GEORGIA DEPARTMENT OF CORRECTIONS.

Prison inmate Angelo Banks attempted to file a tort claim against the Georgia Department of Corrections. On April 3, 2013, the trial court dismissed Banks's claim, finding that he failed to comply with the Georgia Tort Claims Act's ante litem notice requirements. Banks filed a motion for new trial, which the trial court denied on April 26, 2013, noting that no trial was held in the matter. On May 23, 2013, Banks filed this application for discretionary appeal from the trial court's order. We, however, lack jurisdiction.

To be valid, an application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The proper and timely filing of the application is an absolute requirement to confer appellate jurisdiction upon this Court. See *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995). Here, Banks filed a motion for new trial which, when timely filed, extends the time for filing an appeal. See OCGA § 5-6-38 (a). However, "[w]here a motion for new trial is not a proper vehicle for review of a trial court's action, the motion has no validity and will not extend the time for filing the notice of appeal." *Pillow v. Seymour*, 255 Ga. 683, 684 (341 SE2d 447) (1986). Generally, a party cannot move for new trial if no trial has been had. In this case, there was no trial or taking of original evidence, and Banks's motion for new trial was in substance a mere motion for reconsideration. A motion for reconsideration is not appealable in its own right, nor does it extend the time for appealing from the final order previously entered in the case. *Bell v. Cohran*, 244 Ga.

App. 510 (536 SE2d 187) (2000).

Because Banks did not file a timely application for discretionary appeal from the April 3, 2013 order, and because his motion for reconsideration did not otherwise extend the time to file such an appeal, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  06/11/2013
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*